***U.S. Department of Justice***

*United States Attorney*
*District of New Jersey*

*Jake A. Nasar*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*Direct Dial: (973) 297-2098*

September 25, 2025

**VIA ECF**

The Honorable Renée Marie Bumb
Chief United States District Judge
U.S. District Court for the District of New Jersey
4th & Cooper Street
Camden, NJ 08101

Re: *United States v. Nabeen Leigh Singha*

Dear Judge Martinotti:

Defendant Nabeen Leigh Singha is presently scheduled to enter a guilty plea on October 21, 2025, at 1:30 p.m. Unfortunately, this date and time conflicts with a court appearance the assigned counsel for the Government has before the Hon. Brian Martinotti in Newark. The Government therefore respectfully requests a brief adjournment of the plea hearing date. Defense counsel joins in this request.

The parties have conferred and are both available on October 29, 2025, and November 5, 2025, if either of those dates are acceptable to the Court.

Thank you for your attention to this matter.

Respectfully submitted,

TODD BLANCHE
Deputy U.S. Attorney General

ALINA HABBA
Acting U.S. Attorney
Special Attorney

By: Jake A. Nasar
Assistant U.S. Attorney

Cc: Jonathan F. Marshall, Esq.